*E-filed on  10/26/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br>    C-02-00142 RMW<br>    C-02-00145 RMW<br>    C-02-05437 RMW<br>    C-03-03594 RMW<br>    C-03-03596 RMW<br>    C-03-03378 RMW<br>    C-03-04003 RMW<br>    C-04-03001 RMW<br>    C-04-03365 RMW<br>    C-04-04247 RMW<br>    C-04-04359 RMW<br>    C-06-03843 RMW<br>    C-06-04295 RMW<br>    C-06-06479 RMW<br><br>ORDER REGARDING SUBJECT-MATTER JURISDICTION |

On October 24, 2006, defendants filed a notice of a potential defect in this court's subject-matter jurisdiction and stated that they may move to dismiss on that ground. Any questions regarding subject-matter jurisdiction should be resolved prior to the hearing on claim construction and associated summary judgment motions currently set for November 20. To accommodate the competing concerns of expediency and efficiency presented by this situation, the court would strongly prefer defendants to file any motion to dismiss for lack of subject-matter jurisdiction—and

only if one is warranted—jointly by October 31, 2006.  If the defendants do file such a motion by that date, plaintiff's reply shall be due November 4, defendants' joint reply shall be due November 6, and a hearing shall be held on the motion on November 10, 2006.  Other deadlines previously set by the court shall remain in effect absent further order of the court, except that if defendants move to dismiss for lack of subject-matter jurisdiction by October 31, 2006, the reply briefs currently due November 10, 2006 may be filed the following Monday, November 13.  If the defendants move to dismiss for lack of subject-matter jurisdiction after October 31, 2006, the parties shall endeavor to have the motion briefed and heard as soon as possible.

DATED:  10/26/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                                      2

**A copy of this order was mailed on _____ to:**

**Counsel for Plaintiff:**

John P. Sutton
2421 Pierce Street
San Francisco, CA 94115-1131

**Counsel for Defendants:**

Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.
200 E. Las Olas Avenue
Suite 2040
Fort Lauderdale, FL 33301

John C. Carey
Rodriguez Greenberg & Paul
1395 Brickell Ave, Suite 700
Miami, FL 33131

Felice B. Galant, Gregory B. Wood
Fulbright & Jaworski L.L.P.
865 South Figueroa Street
Twenty-Ninth Floor
Los Angeles, CA 90017

Joseph P. Zammit
Fulbright & Jaworski
666 Fifth Avenue
New York, NY 10103

John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC
11800 Sunrise Valley Drive
Suite 1000
Reston, VA 20191-5302

Richard B. Sheldon
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683

Jeffrey L. Silvestrini, Brian F. Roberts
Cohne Rappaport & Segal
P.O. Box 11008
Salt Lake City, UT 84147-0008

Raymond J. Etcheverry
Parsons, Behle & Latimer
One Utah Center
201 South Main Street,
Suite 1800, Post Office Box 45898
Salt Lake City, UT 84145

Kieran Patrick Fallon
436 SW 8th Street
Miami, FL 33130-2814

Matthew Francis McGahren
Baum & McGahren
6171 Crooked Creek Road
Norcross, GA 30092

Lori D. Greendorfer, Maxim H. Waldbaum
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Thomas T. Tamlyn
Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017

Peter S. Canelias
Law Offices of Peter S. Canelias
420 Lexington Avenue
Suite 2148
New York, NY 10170

David T. Alexander
MBV Law LLP
855 Front Street
San Francisco, CA 94111

Jon M. Gibbs
Akerman, Senterfitt
255 S. Orange Avenue
Suite 1700
Post Office Box 0231
Orlando, FL 32802-0231

Elizabeth E. Green, R. Scott Shuker
Gronek & Latham, LLP
390 N. Orange Avenue
Suite 600
Orlando, FL 32801

Meredith L. Caliman
Meredith L. Caliman Law Offices
3858 Carson Street, Suite 120
Torrance, CA 90503-6705

Gregory J. Nelson
Nelson & Roediger
3333 E Camelback Road, Suite 212
Phoenix, AZ 85018

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                                       3

| | | |
|---|---|---|
| 1 | Peter Neil Greenfeld<br>Greenfeld Law Group | **Courtesy Copy:** |
| 2 | 3333 E Camelback Road, Suite 212<br>Phoenix, AZ 85018-2324 | Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation |
| 3 | | Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E. |
| 4 | Matthew McGahren<br>Baum, McGahren & Chiu, LLC | Room G-255, North Lobby |
| 5 | 6171 Crooked Creek Road<br>Norcross, GA 30092 | Washington, DC  20002-8004 |

Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list receive a copy of this order, if necessary, and shall inform the court of any omissions.

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                                 4