*E-filed on*   6/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION | No. MDL-1423<br>This Judgment Applies to:<br>C-03-04003 RMW |
| CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WORLD LINK COMPANIES, et al.,<br><br>Defendants, | **AMENDED JUDGMENT** |
| and Related Counterclaims. | |

On March 30, 2007, pursuant to its Claim Construction Order and Orders on Various Summary Judgment Motions dated March 29, 2007, the court purported to enter final judgment declaring that the patents-in-suit, U.S. Patent No. 5,883,964 and U.S. Patent No. 6,035,027, are invalid under the on-sale bar of 35 U.S.C. § 102(b) and that defendant A.M.S. Voicecom, Inc. and World Link Companies do not infringe either patent.

AMENDED JUDGMENT— Case Nos. MDL-1423, 03-04003

The court's judgment did not address the remaining: (1) declaratory judgment counterclaims brought by defendant A.M.S. Voicecom, Inc. against plaintiff seeking declarations that the patents are invalid under 35 U.S.C. §§ 102, 103 and 112 and unenforceable due to inequitable conduct; (2) A.M.S. Voicecom Inc.'s counterclaim seeking relief for antitrust violations; and (3) the counterclaims between A.M.S. Voicecom, Inc. and World Link Companies for indemnity. The court inadvertently failed to include a direction for final entry of judgment pursuant to Fed. R. Civ. P. § 54(b) on the claims resolved. Therefore, the court hereby directs that final judgment be entered: (1) declaring the '964 and '027 patents invalid based upon the on-sale bar; and (2) adjudging that plaintiff take nothing on its claim of patent infringement. The court expressly determines that there is no just reason for delay in the entry of final judgment because the remaining declaratory judgment counterclaims have been rendered moot and will only become ripe for decision if this judgment is reversed. Defendants do not intend to pursue their indemnity counterclaims and defendant A.M.S. Voicecom does not intend to pursue its antitrust counterclaim if the judgment entered pursuant to the direction above is affirmed.

DATED:         6/13/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this judgment was mailed on** _____6/13/07_____ **to:**

**Counsel for Plaintiff:**

John P. Sutton
2421 Pierce Street
San Francisco, CA 94115-1131

**Counsel for Defendants:**

Thomas T. Tamlyn
Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017

Peter S. Canelias
Law Offices of Peter S. Canelias
420 Lexington Avenue, Suite 2148
New York, NY 10170

**Courtesy Copy:**

Clerk of the Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC  20002-8004

Counsel is responsible for distributing copies of this order to co-counsel, as necessary.